FILED
2010 JAN 14 PM 3:00
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 09CR4228-JM |
| v. | JUDGMENT AND COMMITMENT |
| FRANCISCO JAVIER GARDUNO-ALBANEZ | SARAH GORMAN, FD |
| | Defendant's Attorney |

REGISTRATION NO. 16837298

VIOLATION: 8 USC 1325 - ILLEGAL ENTRY (Misdemeanor)

__x__ Defendant pleaded guilty to count 1 of the Superseding Information.
__x__ Count(s)   ONE OF THE INFORMATION   dismissed on the government's oral motion.
____ Underlying_____ dismissed on the government's oral motion.

## JUDGMENT AND COMMITMENT

__x__ Defendant is adjudged guilty on count one of the Superseding Information.

The defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of
THREE (3) MONTHS.

____ SUPERVISED Release for a term of
on the following conditions:
____ obey all laws, Federal, State and Municipal
____ comply with all lawful rules and regulations of the probation department
____ not possess any narcotic drug or controlled substance without a lawful medical prescription
____ not transport, harbor or assist undocumented aliens
____ not reenter the United States illegally
____ not possess any firearm, destructive device or any other dangerous weapon
____ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter,
      as directed by the probation officer
____ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses
      a low risk of future substance abuse.
__x__ Penalty assessment of $ 10.00 - Remitted.
__x__ Fine waived        ____ Fine of $

   IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

   IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

January 12, 2010
Date of Imposition of Sentence

RUBEN B BROOKS
UNITED STATES MAGISTRATE JUDGE
Entered on: